■ In the Matter of ERIC JONES, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [607 NYS2d 494] —Appeal from a judgment of the Supreme Court (Keegan, J.), entered January 12, 1993 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review respondents' determination denying petitioner participation in the Department of Correctional Services' temporary release program.

While incarcerated in Ogdensburg Correctional Facility in St. Lawrence County, petitioner was denied participation in the temporary release program based upon information in his presentence report and criminal record that he had been convicted of attempted escape. Petitioner's failure to exhaust his administrative remedy in this case requires us to affirm Supreme Court's dismissal of the petition. Were we to address the merits of the appeal, we would agree with Supreme Court that the documentary evidence of petitioner's escape conviction adequately supports the determination denying participation in the temporary release program. We have considered petitioner's other contentions and find them to be without merit.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of WILLIAM HERBERT, Petitioner, v NEW YORK STATE COMPTROLLER et al., Respondents. [609 NYS2d 866] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Comptroller which denied petitioner's request for accidental disability retirement benefits.

There is substantial evidence in the record to support the conclusion by respondent Comptroller that petitioner failed to sustain his burden of proving that he was permanently incapacitated from performing his duties as a police officer. The record contains conflicting medical opinions which were for the Comptroller to evaluate and he was free to credit one physician's testimony over that of another.

Cardona, P. J., Mercure, Casey, Weiss and Yesawich Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.